UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POONAM KESWANI,<br><br>                              Plaintiff,<br><br>v.<br><br>HARJIT SINGH ATHWAL; MATTHEW A. WURGAFT; KRAVIS & WURGAFT, P.C.; TREASURES LONDON LIMITED; ANDREW KRAVIS,<br><br>                              Defendants. | 20-CV-10578 (RA)<br><br>ORDER OF SERVICE |

RONNIE ABRAMS, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Harjitt Singh Athwal, Mathew A. Wurgaft, Kravis & Wurgaft, P.C., Treasures London Limited, and Andrew Kravis. Plaintiff is directed to serve a summons and the complaint on each defendant within 90 days of the issuance of the summonses. If Plaintiff does not serve Defendants within those 90 days, or request an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   January 14, 2021
             New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge