UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POONAM KESWANI,

                Plaintiff,

v.

HARJIT SINGH ATHWAL; MATTHEW A. WURGAFT; KRAVIS & WURGAFT, P.C.; TREASURES LONDON LIMITED; ANDREW KRAVIS.,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2-10-21

20-CV-10578 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of Plaintiff's "cross motion seeking denial and rejection" of Defendants' motion to dismiss, Dkt. 4, on the grounds that Defendants failed to seek leave of court through a pre-motion conference. Because the Court does not impose any such requirements on a defendant that seeks to file a motion to dismiss, it considers the motion properly filed.

    The Court hereby grants Plaintiff 14 days to prepare and file her memorandum of law in opposition to the motion, which she shall submit to the Court no later than February 24, 2021. Defendants' reply memorandum shall be filed no later than March 3, 2021.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    February 10, 2021
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge