UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POONAM KESWANI,

                Plaintiff,

v.

HARJIT SINGH ATHWAL; MATTHEW A. WURGAFT; KRAVIS & WURGAFT, P.C.; TREASURES LONDON LIMITED; ANDREW KRAVIS.,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/1/2021

20-CV-10578 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On January 12, 2021, Defendants filed a motion to dismiss Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6). Pursuant to the Court's order of February 10, 2021, Plaintiff's response to Defendant's motion was due by February 24, 2021. The Court has not received a response. No later than March 15, 2021, Plaintiff shall file either a response to Defendant's motion or a letter indicating that she does not intend to file a response. If Plaintiff chooses not to submit a response to the motion to dismiss, the Court will deem the motion fully briefed and take it under submission. If, however, Plaintiff does not respond to this Order, either by responding to the motion to dismiss or submitting a letter indicating that she does not intend to do so, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    March 1, 2021
               New York, New York

                                                                 Ronnie Abrams
                                                                 United States District Judge