USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/07/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

POONAM KESWANI,

                Plaintiff,

      v.

HARJIT SINGH ATHWAL, MATTHEW A. WURGAFT, KRAVIS & WURGAFT, P.C., TREASURES LONDON LIMITED & ANDREW KRAVIS,

                Defendants.

No. 20-CV-10578 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On September 14, 2021, the Court granted Defendants' motions to dismiss Plaintiff's Complaint, albeit without prejudice. Dkt. 24. The Court granted Plaintiff leave to file an amended complaint to cure the deficiencies identified in the memorandum opinion and order no later than October 5, 2021. The Court further stated that "[f]ailure to file an amended complaint by that date will result in dismissal of this case with prejudice."

Plaintiff has not filed an amended complaint. However, it has come to the Court's attention that it never ordered the Clerk of Court to mail a copy of that September 14 memorandum opinion and order to the pro se Plaintiff. Accordingly, the Court hereby extends the deadline for Plaintiff to file an amended complaint to November 4, 2021. Failure to file an amended complaint by that date will result in dismissal of this case with prejudice.

The Clerk of Court is respectfully directed to mail copies of both (1) the September 14 memorandum opinion and order, Dkt. 24, and (2) this order, to Plaintiff's address.

SO ORDERED.

Dated:   October 7, 2021
         New York, New York

Ronnie Abrams
United States District Judge