UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
POONAM KESWANI,

                        Plaintiff,

      -against-                                      20 **CIVIL** 10578 (RA)

                                                **JUDGMENT**

HARJIT SINGH ATHWAL, MATTHEW A.
WURGAFT, KRAVIS & WURGAFT, P.C.,
TREASURES LONDON LIMITED & ANDREW
KRAVIS,

                       Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 14, 2022, Defendants' motions to dismiss are granted and this case is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       April 21, 2022

                                                      **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                                 **BY:**

                                                          **Deputy Clerk**